**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LESHAWN DAWSON, on behalf of himself and all others similarly situated,

               Plaintiffs,

-against-

CINEMARK USA, INC.,
               Defendant.

Case No. 1:19-cv-01348-VSB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            June 18, 2019

                                                        Respectfully submitted,

                                                        */s/ Joseph H. Mizrahi*
                                                        Cohen & Mizrahi LLP
                                                        *Attorneys for Plaintiff*